# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REGINA FAZIO,**
Appellant,

v.

**MICHAEL FAZIO,**
Appellee.

No. 4D15-272

[January 6, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Laura M. Watson, Judge; L.T. Case No. FMCE13-001559(42).

Nancy A. Hass of Nancy A. Hass, P.A., Hollywood, for appellant.

Rocco G. Marucci, Fort Lauderdale, for appellee.

### CONFESSION OF ERROR

PER CURIAM.

Upon consideration of the record and the appellee's soundly based confession of error, we reverse the trial court's order denying the appellant's motion to vacate the fourth amended qualified domestic relations order. We remand this matter to the trial court for further proceedings to determine whether the mediated settlement agreement entered into by the parties is ambiguous, and, if so, to conduct an evidentiary hearing as to the proper interpretation of that agreement and to enter an appropriate qualified domestic relations order that comports with its terms. *Teague v. Teague*, 122 So. 2d 3d 938 (Fla. 4th DCA 2013).

*Reversed and Remanded.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***